# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                  No. 4:16CR00173-02 JLH

NIKITA NEAL                                               DEFENDANT

## ORDER

The defendant's motion for continuance of the sentencing hearing currently scheduled for February 13, 2018, is GRANTED. Document #79.

The sentencing for defendant Nikita Neal is hereby rescheduled for **WEDNESDAY, FEBRUARY 14, 2018, at 10:00 A.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 12th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE